Peter R Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Direct:      (650) 600-1298
Facsimile:   (949) 258-5081

John E. Lord (SBN 216111)
Email: jlord@onellp.com
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:   (310) 943-2085

Attorneys for Plaintiff
Johnny Doe, a minor and through his Guardian, Jane Doe, on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY DOE, a minor, by and through his Guardian, JANE DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPIC GAMES, INC., a corporation,<br><br>Defendant. | Case No. 4:19cv3629<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>**CLASS ACTION** |

Case No. 4:19cv3629

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

1   PLEASE TAKE NOTICE that Plaintiff Johnny Doe, a minor by and through his Guardian, Jane Doe, on behalf of himself and all others similarly situated, by and through undersigned counsel, respectfully move this Court for permission to proceed under pseudonyms.

This Motion is based upon this Notice of Motion, accompanying memorandum in support filed herewith, Declaration of Jane Doe ("Doe Decl."), Declaration of Deepali Brahmbhatt ("Brahmbhatt Decl."), the files and records in this action, and any further evidence or argument that the Court may properly receive at or before the hearing.

Dated:  June 21, 2019            **ONE LLP**

By:   /s/ Deepali A. Brahmbhatt
Peter R. Afrasiabi
Deepali A. Brahmbhatt
John E. Lord

Attorneys for Plaintiff Johnny Doe and his Guardian Jane Doe.