Peter R Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
Deepali A. Brahmbhatt (SBN 255646)
dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone:    (949) 502-2870
Direct:       (650) 600-1298
Facsimile:    (949) 258-5081

John E. Lord (SBN 216111)
jlord@onellp.com
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone:    (310) 866-5157
Facsimile:    (310) 943-2085

Attorneys for Plaintiff
Johnny Doe, a minor and through his Guardian, Jane Doe, on behalf of himself and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY DOE, a minor, by and through his Guardian, JANE DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPIC GAMES, INC., a North Carolina corporation,<br><br>Defendant. | Case No. 4:19cv3629<br><br>**DECLARATION OF DEEPALI BRAHMBHATT IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>**CLASS ACTION** |

I, Deepali Brahmbhatt, hereby declare as follows

1. I am an attorney at the law firm of One LLP, counsel of record in the above-referenced action for Plaintiff. I make this Declaration upon personal knowledge and in support of Plaintiff's Motion to Proceed under Pseudonyms ("Motion"). I am over twenty-one years of age and not under any legal disability. If called and sworn as a witness, I would testify competently and truthfully as to the facts in this Declaration.

2. I know the identity of Plaintiff Johnny Doe and his guardian Jane Doe. Plaintiff is prepared to provide a statement of his true identity and his guardian's identity for the Court's in camera review, upon the Court's request.

3. Disclosing Plaintiff and his guardian's identities will lead to psychological distress and physical symptoms thereof, as well as have a negative impact in their personal and social lives. Plaintiff and his guardian's fear of discrimination and retaliation that may interfere with his life at school, neighborhood and community and ruin his ability to progress in his career and personal life, obtain future employment, and provide for his family are reasonable.

4. We respectfully request that this Court permit Plaintiff and his guardian to pursue his claims under pseudonyms to protect his privacy in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21th day of June 2019 in California.

/s/ Deepali A. Brahmbhatt

2  Case No. 4:19cv3629

**DECLARATION OF BRAHMBHATT ISO OF MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**