Peter R Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
Deepali A. Brahmbhatt (SBN 255646)
dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone:    (949) 502-2870
Direct:       (650) 600-1298
Facsimile:    (949) 258-5081

John E. Lord (SBN 216111)
jlord@onellp.com
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone:    (310) 866-5157
Facsimile:    (310) 943-2085

Attorneys for Plaintiff
Johnny Doe, a minor and through his Guardian, Jane Doe, on behalf of himself and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY DOE, a minor, by and through his Guardian, JANE DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPIC GAMES, INC., a North Carolina corporation,<br><br>Defendant. | Case No. 4:19cv3629<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>**CLASS ACTION** |

I, Jane Doe, hereby declare as follows

1. I make this Declaration upon personal knowledge and in support of Plaintiff's Motion to Proceed under Pseudonyms ("Motion"). I am Plaintiff Johnny Doe's legal guardian and parent. I am over twenty-one years of age and not under any legal disability. If called and sworn as a witness, I would testify competently and truthfully as to the facts in this Declaration.

2. Plaintiff Johnny Doe is addicted to playing Fortnite. He was induced to make several in-App purchases within Fortnite that were non-refundable. Facts and extent of Johnny's in-App purchases are not known to anyone other than his attorneys and close family members. He will needlessly suffer social stigmatization with increased embarrassment, humiliation and emotional distress should the media, his friends, neighbors or others learn of his identity.

3. Johnny is my only son, is a minor and is 12 years old. Revealing my identity will necessarily blow the cover of identity of Johnny. I am prepared to provide a statement of my true identity and my son's identity for the Court's in camera review, upon the Court's request.

4. Disclosing our identities will lead to psychological distress and physical symptoms thereof, as well as have a negative impact on our personal and social lives. I fear discrimination and retaliation that may interfere with his life at school, neighborhood and community and ruin his ability to progress in his career and personal life, obtain future employment, and provide for his family.

5. We respectfully request that this Court permit us to pursue our claims under pseudonyms to protect our privacy in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21th day of June, 2019 in California.

*/s/ Jane Doe*

Jane Doe