Peter R Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone:    (949) 502-2870
Direct:          (650) 600-1298
Facsimile:     (949) 258-5081

John E. Lord (SBN 216111)
Email: jlord@onellp.com
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone:    (310) 866-5157
Facsimile:     (310) 943-2085

Attorneys for Plaintiff
Johnny Doe, a minor and through his Guardian, Jane Doe, on
behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY DOE, a minor, by and through his Guardian, JANE DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPIC GAMES, INC., a corporation,<br><br>Defendant. | Case No. 4:19cv3629<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>**CLASS ACTION** |

Case No. 4:19cv3629

1    Upon consideration of Plaintiff's Motion to Proceed Under Pseudonyms and for good cause

2    appearing therefore, this Court hereby finds and orders as follows:

3    Plaintiff's Motion is Granted.

4    It is further hereby ordered:

5    1.    Plaintiff Johnny Doe and his guardian Jane Doe shall be permitted to proceed under the

6    pseudonyms and are hereby authorized when making submissions to this Court to redact from the public

7    record all personally identifying information.

8    2.    Defendant shall not publicly disclose Plaintiff's or his guardian's name or any information

9    from which names could be deduced, and Defendant shall redact from the public record all personally

10   identifying information regarding Plaintiff when making submissions to this Court.

11   3.    Plaintiff shall disclose his name and his guardian's name to the Defendant under this Court's

12   protective order for Defendant's attorney's eyes only.

13

14   IT IS SO ORDERED.

15

16   Date: _____

17                                          Honorable District Court Judge
                                            Northern District of California

18

19

20

21

22

23

24

25

26

27

28