Peter R Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
Deepali A. Brahmbhatt (SBN 255646)
dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone:    (949) 502-2870
Direct:           (650) 600-1298
Facsimile:    (949) 258-5081

John E. Lord (SBN 216111)
jlord@onellp.com
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone:    (310) 866-5157
Facsimile:    (310) 943-2085

Attorneys for Plaintiff
Johnny Doe, a minor and through his Guardian, Jane Doe, on behalf of himself and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY DOE, a minor, by and through his Guardian, JANE DOE, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EPIC GAMES, INC., a North Carolina corporation,<br><br>　　　　　Defendant. | Case No. 4:19cv3629-YGR<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE TRANSFER.**<br><br>**CLASS ACTION** |

I, Jane Doe, hereby declare as follows

1. I make this Declaration upon personal knowledge and in support of Plaintiff's Opposition to Defendant Epic Games, Inc.'s Motion to Compel Arbitration or in the Alternative Transfer (ECF No. 21). I am Plaintiff Johnny Doe's legal guardian and parent. I am over twenty-one years of age and not under any legal disability. If called and sworn as a witness, I would testify competently and truthfully as to the facts in this Declaration.

2. I reside with my son and Minor Plaintiff, Johnny Doe in this District, *i.e.*, the Northern District of California, in the San Francisco Bay Area. Johnny downloaded the Fortnite game at issue in this District; he played the Fortnite game in this District. Any alleged execution of the original and amended EULAs must have occurred in this District.

3. Johnny does not recollect seeing, reading or agreeing to the EULA and I did not see, read, or agree to Defendant's EULA at the alleged time of Johnny's acceptance.

4. We also do not recollect, similar to the original EULA, seeing, reading or agreeing to the amended EULA that was allegedly executed on June 7, 2019.

5. I did not authorize him to accept the original EULA or the amended EULA.

6. All acts relating to the dispute including the in-App purchases occurred in this District.

7. Any contract between Johnny and Defendant would have been formed in California, where Johnny was playing the game, including any alleged click through of the EULAs.

8. Johnny has used his own money received from friends or grandparents through gift cards to make in-app purchases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of September, 2019 in California.

*/s/ Jane Doe*

Jane Doe

---

1

Case No. 4:19cv3629

**DECL. OF DOE ISO OPP'N TO DEF'S MOT. TO COMPEL ARBITRATION OR TRANSFER**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

 I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4000 MacArthur Boulevard, East Tower, Suite 500, Newport Beach, California 92660.

 On September 9, 2019, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**DECLARATION OF JANE DOE IN SUPPORT OF
OPPOSITION TO DEFENDANT'S MOTION TO COMPEL
ARBITRATION, OR IN THE ALTERNATIVE TRANSFER**

Jeffrey S. Jacobson; jeffrey.jacobson@dbr.com
Ryan M. Salzman; ryan.salzman@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067

*Attorneys for Defendant Epic Games, Inc.*

[x] (BY E-SERVICE) I electronically transmitted the above-described document(s) using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants on this date.

 I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

 Executed on September 9, 2019 at Newport Beach, California.

*/s/ Lisa Hyska*
Lisa Hyska