MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone:   415-591-7500
Facsimile:   415-591-7510

JEFFREY S. JACOBSON (*pro hac vice*)
Jeffrey.Jacobson@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
Telephone:   212-248-3140
Facsimile:   212-248-3141

RYAN M. SALZMAN (SBN 299923)
Ryan.Salzman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067-1517
Telephone:   310-203-4000
Facsimile:   310-229-1285

Attorneys for Defendant
EPIC GAMES, INC.

Peter R Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
Deepali A. Brahmbhatt (SBN 255646)
dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

John E. Lord (SBN 216111)
jlord@onellp.com
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:   (310) 943-2085

Attorneys for Plaintiff C.W. and through his Guardian Rebecca White and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.W., a minor, by and through his Guardian, Rebecca White, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES, INC., a North Carolina corporation,<br><br>Defendant. | Case No. 4:19-cv-3629-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE ON EPIC GAMES INC.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF JEFFREY S. JACOBSON IN SUPPORT**<br><br>Action Filed:   June 21, 2019<br><br>Trial Date:   None set |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE ON RESPONSE TO FIRST AMENDED COMPLAINT; JACOBSON DECLARATION

- 1 -   CASE NO. 4:19-CV-3629-YGR

Plaintiff C.W., a minor, by and through his Guardian, Rebecca White ("Plaintiff"), and Defendant Epic Games, Inc. ("Epic Games") (collectively "the Parties"), by and through their respective counsel of record, hereby submit the following Stipulation:

WHEREAS, on June 21, 2019 Plaintiff filed his initial Complaint in the action (Dkt. No. 1);

WHEREAS, on August 26, 2019 Defendant filed its Motion to Dismiss Plaintiff's Complaint (Dkt. No. 18), Motion to Compel Compliance with Fed. R. Civ. Proc. 10(a) (Dkt. No. 20), and Motion to Compel Arbitration or, in the Alternative Transfer the Action to the Eastern District of North Carolina (Dkt. No. 21);

WHEREAS, on January 23, 2020 the Court issued an Order granting in part and denying in part Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 18), denying Defendant's Motion to Compel Arbitration or, in the Alternative Transfer the Action to the Eastern District of North Carolina (Dkt. No. 21), and granting Defendant's Motion to Compel Compliance with Fed. R. Civ. Proc. 10(a) (Dkt. No. 20) (the "Order") (Dkt. No. 54);

WHEREAS, the Order required Plaintiff to file an Amended Complaint within twenty-one (21) days of issuance of the Order;

WHEREAS, the Order required Defendant to file any response to Plaintiff's Amended Complaint within fourteen (14) days of Plaintiff filing an Amended Complaint;

WHEREAS, Plaintiff filed an Amended Complaint on February 13, 2020 (Dkt. No. 56);

WHEREAS, Defendant's response to Plaintiff's Amended Complaint is presently due to be filed on or before February 27, 2020;

WHEREAS; lead trial counsel for Defendant, Jeffrey S. Jacobson, is scheduled to undergo a surgical procedure on March 23, 2020 which will not permit him to travel for approximately six (6) weeks following the procedure (*See* Declaration of Jeffrey S. Jacobson ("Jacobson Decl.") ¶ 5);

WHEREAS, to accommodate the foregoing, counsel for the Parties met and conferred and stipulated, pending entry of an order by the Court on the same, to the following briefing and hearing schedule for Defendant's response to the Amended Complaint (*See* Jacobson Decl. ¶ 6);

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE ON RESPONSE TO FIRST AMENDED COMPLAINT; JACOBSON DECLARATION

- 2 -

CASE NO. 4:19-CV-3629-YGR

1  WHEREAS, the only previous time modification in the action is the Court's September 6, 2019 Order Vacating the Case Management Conference scheduled for September 23, 2019 (Dkt. No. 29) (*See* Jacobson Decl. ¶ 9);

WHEREAS, the proposed modification to the briefing schedule will not alter the date of any other event set by the Court or otherwise impact the schedule for the action. (*See* Jacobson Decl. ¶ 8)

**NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:**

Defendant's motion to dismiss in response to Plaintiff's Amended Complaint shall be filed on or before March 12, 2020;

Plaintiff's opposition shall be filed on or before April 9, 2020;

Defendant's reply shall be filed on or before April 23, 2020; and

Defendant shall notice the hearing for May 19, 2020 at 2:00 P.M. or the next date available for the Court.

**IT IS SO STIPULATED.**

Dated: February 21, 2020                ONE LLP

By: /s/ Deepali A. Brahmbhatt
    John Lord
    Deepali A. Brahmbhatt
    Peter Afrasiabi

Attorneys for Plaintiff C.W. and through his Guardian Rebecca White and the Proposed Class

Dated:  February 21, 2020              FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Jeffrey S. Jacobson
    Jeffrey S. Jacobson (*pro hac vice*)
    Matthew J. Adler
    Ryan M. Salzman

Attorneys for Defendant
EPIC GAMES, INC.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE ON RESPONSE TO FIRST AMENDED COMPLAINT; JACOBSON DECLARATION      - 3 -      CASE NO. 4:19-CV-3629-YGR

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Jeffrey S. Jacobson, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of February, 2020 in New York, New York.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

Date: _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE ON RESPONSE TO FIRST AMENDED COMPLAINT; JACOBSON DECLARATION

- 4 -

CASE NO. 4:19-CV-3629-YGR

## DECLARATION OF JEFFREY S. JACOBSON

I, JEFFREY S. JACOBSON, hereby declare:

1. I am a partner in the law firm of Faegre Drinker Biddle & Reath LLP, counsel of record for Defendant Epic Games, Inc. ("Epic Games") in the above-captioned action. I am admitted *pro hac vice* in this action. I make this Declaration in support of the parties' Joint Stipulation to Set Briefing Schedule and Hearing Date on Epic Games' Responsive Pleading to Plaintiff's Amended Complaint. The matters stated herein are based upon my own personal knowledge, and if called as a witness, I could and would competently testify as follows:

2. On January 23, 2020 the Court issued an Order (Dkt. No. 54) granting in part and denying in part Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 18), denying Defendant's Motion to Compel Arbitration or, in the Alternative Transfer the Action to the Eastern District of North Carolina (Dkt. No. 21), and granting Defendant's Motion to Compel Compliance with Fed. R. Civ. Proc. 10(a) (Dkt. No. 20).

3. The January 23, 2020 order required Plaintiff to file an Amended Complaint within twenty-one (21) days of issuance of the order. The Order also required Epic Games to file any response to Plaintiff's Amended Complaint within fourteen (14) days of Plaintiff filing an Amended Complaint.

4. Plaintiff filed an Amended Complaint on February 13, 2020 (Dkt. No. 56) and Epic Games' responsive pleading to Plaintiff's Amended Complaint is presently due to be filed on or before February 27, 2020. Based on this responsive pleading date, the earliest Epic Games' motion responsive to Plaintiff's Amended Complaint can be heard pursuant to Northern District of California Local Rule 7-2 is April 7, 2020.

5. I am scheduled to undergo an in-patient surgical procedure on March 23, 2020. This will prohibit my ability to travel for approximately six (6) weeks following the procedure, and impact my ability to appear before the Court at a hearing on Epic Games' responsive pleading to Plaintiff's Amended Complaint prior to mid-May 2020.

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE ON RESPONSE TO FIRST AMENDED COMPLAINT; JACOBSON DECLARATION — - 5 - — CASE NO. 4:19-CV-3629-YGR

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6. In light of this limitation, on February 20, 2020 counsel for Epic Games met and conferred with counsel for Plaintiff, and agreed, pending entry of an order by the Court on the same, to continue Epic Games' responsive pleading deadline and set a briefing schedule on Epic Games' motion set forth below.

7. The Parties have agreed to the following briefing and hearing schedule: Epic Games' responsive pleading to Plaintiff's Amended Complaint shall be filed on or before March 12, 2020; Plaintiff's opposition to any responsive pleading filed by Epic Games shall be filed on or before April 9, 2020; Epic Games' reply to Plaintiff's opposition shall be filed on or before April 23, 2020; and the hearing on Epic Games' responsive pleading shall be set for hearing on May 19, 2020 at 2:00 P.M.

8. This minor continuance of Epic Games' responsive pleading deadline and setting of a briefing schedule will not alter the date of any other event set by the Court or otherwise impact the overall schedule for the case.

9. To date, the only previous time modification in the action is the Court's September 6, 2019 Order Vacating the Case Management Conference scheduled for September 23, 2019 (Dkt. No. 29).

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 21st day of February, 2020, at New York, New York.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson

Faegre Drinker Biddle & Reath LLP
Attorneys at Law
San Francisco

Joint Stipulation and [Proposed] Order to Set Briefing Schedule and Hearing Date on Response to First Amended Complaint; Jacobson Declaration

- 6 -   Case No. 4:19-cv-3629-YGR