MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone:     415-591-7500
Facsimile:      415-591-7510

JEFFREY S. JACOBSON (*pro hac vice*)
Jeffrey.Jacobson@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036-2714
Telephone:     212-248-3140
Facsimile:      212-248-3141

RYAN M. SALZMAN (SBN 299923)
Ryan.Salzman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California  90067-1517
Telephone:     310-203-4000
Facsimile:      310-229-1285

Attorneys for Defendant
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| C.W., a minor, by and through his Guardian, REBECCA WHITE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES, INC., a North Carolina corporation,<br><br>Defendant. | Case No. 4:19-cv-3629-YGR<br><br>**REPLY DECLARATION OF JEFFREY S. JACOBSON IN SUPPORT OF DEFENDANT EPIC GAMES, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:          May 19, 2020<br>Time:         2:00 p.m.<br>Courtroom:  1<br>Judge:        Hon. Yvonne Gonzalez Rogers<br><br>Action Filed:  June 21, 2019<br>Trial Date:    None set |

I, JEFFREY S. JACOBSON, declare:

1.      I am an attorney and partner with the law firm Faegre Drinker Biddle & Reath LLP, counsel of record *pro hac vice* for Defendant Epic Games, Inc. ("Epic Games") in the above-captioned action.  I make this declaration in support of Epic Games' Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).  I make this declaration based upon my own personal knowledge, and if called and sworn as a witness I could and would competently testify as set forth herein.

2.      In discovery in this action, Plaintiffs produced 52 pages of redacted documents that appear to be credit card statements for Rebecca White.  Attached hereto as **Exhibit A** is a true and copy of one page from that production (labeled DOE000012) reflecting three Epic Games purchases apparently charged to Mrs. White in 2018.  As produced by Plaintiffs, this document also showed unrelated charges to PayPal merchants (not Epic Games).  These unrelated charges have been redacted by Epic Games where indicated by the phrase, "REDACTED BY EPIC GAMES."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of April, 2020, in Montclair, New Jersey.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REPLY DECLARATION OF JACOBSON IN SUPPORT
OF MOTION TO DISMISS AMENDED COMPLAINT

- 2 -

CASE NO. 4:19-cv-3629-YGR