# EXHIBIT A

**PURCHASE**

REDACTED BY EPIC GAMES

| Date | Description | Amount |
|---|---|---|
| 11/30 | PAYPAL *EPICGAMES 402-935-7733 NC | 24.99 |
| 12/01 | PAYPAL *EPICGAMES 402-935-7733 NC | 99.99 |
| 12/01 | PAYPAL *EPICGAMES 402-935-7733 NC | 99.99 |

REDACTED BY EPIC GAMES

REDACTED BY EPIC GAMES

HIGHLY CONFIDENTIAL – SENSITIVE NFORMATION
ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

DOE000012