UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| C.W., a minor, by and through his Guardian, REBECCA WHITE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES, INC., a North Carolina corporation,<br><br>Defendant. | Case No. 4:19-cv-3629-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EPIC GAMES, INC.'S MOTION TO CERTIFY QUESTION PURSUANT TO 28 U.S.C. § 1292(b); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:         October 20, 2020<br>Time:        2:00 p.m.<br>Courtroom:  1<br>Judge:       Hon. Yvonne Gonzalez Rogers<br><br>Action Filed:  June 21, 2019<br>Trial Date:    None set |

Defendant Epic Games, Inc.'s ("Epic Games") Motion to Certify Question Pursuant to 28 U.S.C. § 1292(b) ("Motion") came on for hearing before this Court on October 20, 2020 at 2:00 p.m. The Court, having considered the Motion and all papers in support thereof and in opposition thereto, as well as the pleadings, exhibits, and records in this matter, and oral argument of the parties, and for good cause shown, finds that Epic Games' Motion is **GRANTED**. The Court certifies the holding of its September 3, 2020 Order to the United States Court of Appeals for the Ninth Circuit for interlocutory review pursuant to 28 U.S.C. § 1292(b).

**IT IS SO ORDERED.**

Date: _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE