# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/5/2020 | **Time:** 2:05pm-3:00pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-03629-YGR | **Case Name:** C.W. v. Epic Games, Inc. | |

**Attorney for Plaintiff:** Deepali A. Brahmbhatt
**Attorney for Defendant:** Matthew Adler and Jeffrey Jacobson

**Deputy Clerk:** Frances Stone            **Court Reporter:** Diane Skillman

## PROCEEDINGS

INITIAL CMC- HELD via Zoom [2:21pm to 3:00pm]

Motion to Certify Question Pursuant to 28 U.S.C. § 1292(B) [Dkt. No. 73]- HELD via Zoom [2:05pm-2:21pm]

**REFERRED to Magistrate Judge for Mandatory Settlement Conference to be completed by 2/2/2021**
**REFERRED to Magistrate Judge Alex Tse for all discovery.**

**Join Parties or Amend Pleadings: only with Court approval for good cause and by Motions under FRCP Rule 16(b)(4)**
**Non-Expert Discovery Cutoff:  3/1/2021**
**Disclosure of Experts: All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B):**
            Opening:  3/21/2021
             Rebuttal:  4/21/2021
             Rebuttal: 5/12/2021
**Expert Discovery Cutoff:  6/1/2021**
**Motion for Class Certification: filed by 6/13/2021 to be heard on 35 day notice**

**Notes: Jury Trial date to be set after hearing on Class Certification**

**cc: ADR**
**cc: MagRef Email; Mag Judge Alex Tse**