Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:     (650) 254-9805

Timothy Devlin (*pro hac vice*)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Attorneys for Plaintiffs C.W.,
a minor and through his Guardian, Rebecca White,
on behalf of themselves and all others similarly
situated

Matthew J. Adler (SBN 273147)
Matthew.Adler@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone: 415-591-7500
Facsimile: 415-591-7510

Jeffrey S. Jacobson (pro hac vice)
Jeffrey.Jacobson@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
Telephone: 212-248-3140

Attorneys for Defendant
EPIC GAMES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**[OAKLAND DIVISION]**

| | |
|---|---|
| C.W., a minor, by and through his Guardian, Rebecca White, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>EPIC GAMES, INC., a North Carolina corporation,<br><br>  Defendant. | Case No. 4:19cv3629-YGR<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF THE ACTION**<br><br>The Hon. Yvonne Gonzalez Rogers |

Case No. 4:19-cv-03629-YGR

**STIPULATION OF VOLUNTARY DISMISSAL OF THE ACTION**

**STIPULATION OF VOLUNTARY DISMISSAL OF THE ACTION**

TO THE HONORABLE COURT, and any other parties concerned:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, Epic Games, Inc. and C.W., a minor, by and through his guardian, Rebecca White, jointly stipulate to voluntarily dismiss this action without prejudice, with each side to bear its own costs and fees.

The Parties further stipulate that this dismissal does not affect the rights of any person other than C.W., a minor, acting by and through his guardian, Rebecca White.

DATED: January 8, 2021

Respectfully submitted,

/s/   Deepali A Brahmbhatt
Deepali A. Brahmbhatt
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
(650) 254-9805
dbrahmbhatt@devlinlawfirm.com

Timothy Devlin (*pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff C.W.,
a minor and through his Guardian, Rebecca White
on behalf of himself and all others similarly situated*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Dated: January 8, 2021

By: /s/ Jeffrey S. Jacobson
   Jeffrey S. Jacobson (*pro hac vice*)
   Ryan M. Salzman
   Matthew J. Adler

   Attorneys for Defendant EPIC GAMES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 12, 2021

_____
Yvonne Gonzalez Rogers
United States District Judge